No. 00–9521. THOMPSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9522. HIGGASON v. FINNAN ET AL. Ct. App. Ind. Certiorari denied.

No. 00–9523. HOSS v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9531. FRENCH v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9536. HUMPHREY v. RAY, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 00–9538. GARDNER v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9540. GAINES v. CARROLL ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9541. HANDY v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–9542. HARRISON v. HODGES, GOVERNOR OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9547. SCHEIB v. MELLON BANK ET AL. Super. Ct. Pa. Certiorari denied.

No. 00–9552. RAMSEY v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9558. WALKER v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–9562. C. C. ET AL. v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 00–9565. SALAZAR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.